UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK STERLING, et al., | Case No. 13-cv-00812 NC |
| Plaintiffs, | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | Re: Dkt. No. 18 |
| CITY OF ANTIOCH, et al., | |
| Defendants. | |

The parties attended a case management conference on May 22, 2013. After considering the joint case management statement submitted by the parties and the arguments of counsel made at the conference, IT IS HEREBY ORDERED THAT:

1. PROTECTIVE ORDER. The parties must file a proposed stipulated protective order by June 5, 2013.

2. DEPOSITIONS. Each side (plaintiffs/defendants) may take a total of 10 depositions without leave of Court.

3. FURTHER CASE MANAGEMENT CONFERENCE. A further case management conference will be held on June 5, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. If the parties have updates to their joint case management statement filed May 15, 2013, they

Case No. 13-cv-00812 NC
ORDER SETTING FURTHER CASE
MANAGEMENT CONFERENCE

1  must submit an updated joint statement by June 3, 2013.

2      IT IS SO ORDERED.

3      Date: May 22, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-00812 NC
ORDER SETTING FURTHER CASE      2
MANAGEMENT CONFERENCE