1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STERLING, ROBERT BARR, and TIMOTHY VIERRA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF ANTIOCH, JAMES HYDE, Chief of Police, Antioch Police Department, in his official and individual capacities; ALLAN CANTANDO, Chief of Police, Antioch Police Department, in his official and individual capacities; OFFICER KRISTOPHER KINT (#3652), OFFICER RICK HOFFMAN (#4515), OFFICER ROBERT GREEN (#3639), COUNTY OF CONTRA COSTA, DOES 1 through 25, in their official and individual capacities,<br><br>　　　　　Defendants. | Case No. C 13-812 NC<br><br>**[~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Nathanael M. Cousins<br>Courtroom: A, 15th Floor<br>Date: October 16, 2013<br>Time: 1:00 p.m.<br><br>Date Action Filed: February 22, 2013<br>Trial Date: November 14, 2014 |

[~~PROPOSED~~] ORDER　　　　　　　　　　　　　　　　*Frank Sterling et al. vs. City of Antioch et al.*
C 13-812 NC

-1-

1  Good cause appearing, Plaintiffs' motion for leave to file the First Amended Complaint
2  is hereby granted.  The Clerk of the Court is directed to issue Amended Summons adding the
3  following persons as Defendants in this case: Sergeant Neil Rafanan (#52882), Sergeant Sean
4  Yates (#46501), Deputy Daniel Transue (#71629), Deputy Thomas Norvell (#71142), Deputy
5  Richard Parr (#70584), and Deputy James Lang (#50977).

6  **IT IS SO ORDERED.**

8  DATED:  September 26, 2013     By: _____
                                        HON. NATHANAEL M. COUSINS
                                        UNITED STATES MAGISTRATE JUDGE



[PROPOSED] ORDER                              *Frank Sterling et al. vs. City of Antioch et al.*
                                                              C 13-812 NC

-2-