1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| FRANK STERLING, ROBERT BARR, and TIMOTHY VIERRA, | Case No. C 13-812 NC |
| Plaintiffs, | |
| | [PROPOSED] ORDER |
| vs. | |
| | Judge: Hon. Nathanael M. Cousins |
| CITY OF ANTIOCH, JAMES HYDE, Chief of Police, Antioch Police Department, in his official and individual capacities; ALLAN CANTANDO, Chief of Police, Antioch Police Department, in his official and individual capacities; OFFICER KRISTOPHER KINT (#3652), OFFICER RICK HOFFMAN (#4515), OFFICER ROBERT GREEN (#3639), COUNTY OF CONTRA COSTA, DOES 1 through 25, in their official and individual capacities, | Courtroom: A, 15th Floor |
| | Date: October 16, 2013 |
| | Time: 1:00 p.m. |
| | |
| | Date Action Filed: February 22, 2013 |
| | Trial Date: November 14, 2014 |
| Defendants. | |

1  Good cause appearing, Plaintiffs' motion for leave to file the First Amended Complaint
2  is hereby granted. The Clerk of the Court is directed to issue Amended Summons adding the
3  following persons as Defendants in this case: Sergeant Neil Rafanan (#52882), Sergeant Sean
4  Yates (#46501), Deputy Daniel Transue (#71629), Deputy Thomas Norvell (#71142), Deputy
5  Richard Parr (#70584), and Deputy James Lang (#50977).

**IT IS SO ORDERED.**

DATED:  September 26, 2013      By: _____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE



GRANTED
Judge Nathanael M. Cousins