1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN FRANCISCO DIVISION**

10
11

FRANK STERLING, and others,

Case No. 13-cv-00812 NC

12

Plaintiffs,

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND DENYING REQUEST TO CONTINUE TRIAL**

13

v.

14

CITY OF ANTIOCH, and others,

Re: Dkt. No. 60

15

Defendants.

16
17

    After considering the joint case management statement submitted by the parties, Dkt.

18

No. 60, IT IS HEREBY ORDERED THAT:

19

    1. The further case management conference set for June 18, 2014, is VACATED.

20

    2. Plaintiffs' request to continue the trial date is DENIED for lack of good cause

21

shown.

22

    IT IS SO ORDERED.

23

    Date: June 16, 2014

24

_____
Nathanael M. Cousins
United States Magistrate Judge

25
26
27
28