UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK STERLING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANTIOCH, et al.,<br><br>    Defendants. | Case No. 3:13-cv-00812 NC<br><br>**ORDER REGARDING SETTLEMENT REFERRAL** |

The parties are reminded that trial will commence November 14, 2014, with pretrial conference October 15. By August 11, the parties are to confer and jointly report as to whether they request referral to a magistrate judge for a settlement conference to occur before the pretrial conference. A referral will not impact the trial date.

IT IS SO ORDERED.

DATED: August 4, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:13-cv-00812 NC
ORDER