1
2
3
4
5         **UNITED STATES DISTRICT COURT**
6         **NORTHERN DISTRICT OF CALIFORNIA**
7         **SAN FRANCISCO DIVISION**

8  FRANK STERLING,                    Case Number: 3:12-cv-00812 NC
9              Plaintiff,
10        v.                          **ORDER REGARDING REPLY BRIEF**
11                                    Dkt. No. 71
12 CITY OF ANTIOCH, et al.,
13             Defendants.

14
15
   The Court notes that the defendants' reply brief, docket entry 71, appears to be a
16
   duplicate of the amended motion at docket entry 67. The Court wonders if this was
17
   intentional. If defendants seek to file a reply that responds to the issues raised in
18
   plaintiffs' opposition, they must do so by midnight tonight. Defendants' motion to
19
   bifurcate remains on calendar for September 10.
20
        IT IS SO ORDERED.
21
        DATED: September 9, 2014
22
23                                         _____
                                           NATHANAEL M. COUSINS
24                                         United States Magistrate Judge
25
26
27
28