# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK STERLING, and others,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF ANTIOCH, and others,<br><br>　　　　　　Defendants. | Case No. 13-cv-00812 NC<br><br>**ORDER TO FILE STATUS REPORT** |

As reflected in the minute order issued by Magistrate Judge Laurel Beeler following the settlement conference held on September 23, 2014, this case settled "subject to contingency of approval." Dkt. No. 81. By October 24, 2014, the parties must file a joint report informing the Court of the status of the settlement approval.

IT IS SO ORDERED.

Date: October 22, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge