# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK STERLING, and others,<br><br>             Plaintiffs,<br><br>    v.<br><br>CITY OF ANTIOCH, and others,<br><br>             Defendants. | Case No. 13-cv-00812 NC<br><br>**ORDER VACATING PRETRIAL AND TRIAL DEADLINES** |

Based on the parties's joint report informing the Court that the settlement has been approved, the Court VACATES all pretrial and trial deadlines. If a stipulation to dismiss the case has not been filed by November 14, 2014, the parties must file an updated joint report on the status of the settlement by that deadline.

IT IS SO ORDERED.

Date: October 23, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge