JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, JAMES HYDE, ALLAN CANTANDO,
OFFICER KRISTOPHER KINT, OFFICER RICK HOFFMAN,
AND OFFICER ROBERT GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STERLING, ROBERT BARR, and TIMOTHY VIERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, JAMES HYDE, Chief of Police, Antioch Police Department, in his official and individual capacities; ALLAN CANTANDO, Chief of Police, Antioch Police Department, in his official and individual capacities; OFFICER KRISTOPHER KINT (#3652); OFFICER RICK HOFFMAN (#4515); OFFICER ROBERT GREEN (#3639), in their official and individual capacities,<br><br>Defendants. | Case No. C13-812 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE**<br><br>**FRCP 41(A)(2)**<br><br>Trial Judge:   Hon. Nathanael Cousins |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiffs FRANK STERLING, ROBERT BARR, and TIMOTHY VIERRA dismiss with prejudice the entire action against Defendants CITY OF ANTIOCH, JAMES HYDE, ALLAN CANTANDO, OFFICER KRISTOPHER KINT, OFFICER RICK HOFFMAN, AND OFFICER ROBERT

STIPULATION AND [PROPOSED] ORDER
TO DISMISS ENTIRE ACTION WITH
PREJUDICE- FRCP 41(A)(2) –

1    *Sterling et al v. City of Antioch et al.*
     C13-812 NC

GREEN, each party to bear its own fees and costs.

  IT IS SO STIPULATED.

DATED: November 12, 2014  LAW OFFICE OF JIVAKA CANDAPPA

            By: ___/s/ Jivaka Candappa_____
            JIVAKA CANDAPPA, Attorney for Plaintiffs
            FRANK STERLING, ROBERT BARR and
            TIMOTHY VIERRA

DATED: November 12, 2014  CASPER, MEADOWS, SCHWARTZ & COOK

            By: ___/s/ Adam Carlson_____
            ADAM CARLSON, Attorney for Plaintiffs
            FRANK STERLING, ROBERT BARR and
            TIMOTHY VIERRA

Dated: November 12, 2014  McNAMARA, NEY, BEATTY, SLATTERY,
            BORGES & AMBACHER LLP

            By: ___/s/ Noah G. Blechman_____
            James V. Fitzgerald, III
            Noah G. Blechman
            Attorneys for Defendants
            CITY OF ANTIOCH, JAMES HYDE, ALLAN
            CANTANDO, OFFICER KRISTOPHER KINT,
            OFFICER RICK HOFFMAN, AND OFFICER
            ROBERT GREEN

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT SO ORDERED.

Dated: __November 13__, 2014

            By: _____
            Hon. Nathanael Cousins
            U.S. Magistrate

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Nathanael M. Cousins]

STIPULATION AND [~~PROPOSED~~] ORDER     Sterling et al. v. City of Antioch et al.
TO DISMISS ENTIRE ACTION WITH    2   C13-812
PREJUDICE- FRCP 41(A)(2)